[Nos. 13356–0–I; 13603–8–I.  Division One.  July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN JIMERSON, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82–8–03581–7, 83–8–00323–9, Donald D. Haley and Charles V. Johnson, JJ., entered June 17 and

September 7, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.